IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESSE TRUJILLO,

    Petitioner,

v.                                                         Civ. No. 09-59 JH/RLP

GEORGE TAPIA, Warden, *et al.*,

    Respondents.

ORDER

THIS MATTER comes before the Court on Petitioner's Objections to the Magistrate Judge's Report & Recommendation, and the Court having conducted a *de novo* review of the record, finds that the objections are not well-taken and that the Magistrate Judge's Report & Recommendation shall be adopted by the Court.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report & Recommendation is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                                Judith Herrera
                                                                United States District Judge